# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Docket nos. 04-cr-112-P-S & |
| DUNG VU, | )                    04-cr-136-P-S |
| | ) |
| Defendant. | ) |

## ORDER DENYING REQUEST FOR SENTENCE REDUCTION

Before the Court is Defendant's *pro se* Motion for an Order Granting a Sentence Reduction (Docket # 93 in 04-cr-112 & Docket # 477 in 04-cr-136).  Via this Motion, the Defendant requests that the Court reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) and the recent amendments to the Sentencing Guidelines related to crack cocaine.  See USSG § 1B1.10.  After reviewing the file, the Court has determined that this Defendant was sentenced to 120 months because that is the mandatory minimum sentence required by 21 U.S.C. § 841(b)(1)(A).  Because a ten year term of imprisonment is required by statute, the Court may not reduce this sentence even if the amended Guidelines would yield a lower Guideline range.

For this reason, the Court hereby DENIES Defendant's Motion.

**SO ORDERED.**

                                             /s/ George Z. Singal
                                             Chief U.S. District Judge

Dated this 2nd day of January, 2008.